# EXHIBIT 8



Rate of Non-Gov't Sponsored Below Guidelines Sentences (2006-2013(Q1))

Source: U.S. Sentencing Comm'n, 2006-2012 Sourcebooks of Federal Sentencing, tbl. 27; Preliminary Quartlery Data Report, 1st Q. 2013 Release, tbl. 3